1  Ian A. Stewart (State Bar No. 250689)
   *Ian.Stewart@wilsonelser.com*
2  Daniel H. Lee (State Bar No. 217001)
   *Daniel.Lee@wilsonelser.com*
3  **WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP**
4  555 Flower Street, Suite 2900
   Los Angeles, California 90071-2407
5  Telephone:  (213) 443-5100
   Facsimile:   (213) 443-5101
6
7  Thomas J. Norby (Minnesota State Bar No. 0184780)
   *Appearing Pro Hac Vice*
8  *TNorby@brownsonnorby.com*
   **BROWNSON • NORBY PLLC**
9  4800 Capella Tower
   225 South Sixth Street
10 Minneapolis, Minnesota 55402
   Telephone:  (612) 332-4020
11 Facsimile:   (612) 332-4025
12
   Attorney for Defendant
13 INFINITE PRODUCT COMPANY LLC,
   d/b/a Infinite CBD
14

15              **UNITED STATES DISTRICT COURT**

16            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM DASILVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INFINITE PRODUCT COMPANY LLC, d/b/a Infinite CBD, a Colorado limited liability company<br><br>Defendant. | Case No.:   2:19-cv-10148 DMG<br>Hon. Dolly M. Gee<br><br>**INFINITE'S NOTICE OF MOTION TO DISMISS AND MOTION TO STRIKE, OR IN THE ALTERNATIVE TO STAY THE CASE PENDING GUIDANCE BY THE FDA**<br><br>Date:     February 21, 2020<br>Time:     9:30 a.m.<br>Location: Courtroom 8C, 8th Floor<br>Judge:    Hon. Dolly M. Gee<br><br>Complaint Filed:   November 27, 2019 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on, February 21, 2020, at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Dolly M. Gee, in Courtroom 8C of the United States District Court, 350 West 1st Street, Los Angeles, California 90012, Defendant INFINITE PRODUCT COMPANY LLC, d/b/a Infinite CBD will and hereby does move the Court for the entry of an order dismissing Plaintiff's Complaint, and/or striking portions of the Complaint's, pursuant to Rules 12(b)(1) & (6) and Rule 12(f) of the Federal Rules of Civil Procedure, or alternatively to stay the case pending guidance by the FDA

The Court should dismiss the Complaint for lack of Article III standing, based on preemption, for failure to state a claim and lack of subject matter jurisdiction. Furthermore, Plaintiff's claims based on out-of-state statutes should be dismissed or stricken, and his multistate class allegations should be dismissed or stricken. Alternatively, this Court should stay this case pending the FDA's guidance on CBD products.  A stay will also promote uniformity and consistency in the application of FDA standards.

The Motion is based on this Notice of Motion and Motion to Dismiss and Strike Plaintiff's Complaint, or in the Alternative to Stay The Case Pending Guidance By The FDA, the accompanying Memorandum of Points and Authorities, the accompanying Request for Judicial Notice and supporting Exhibits, the Proposed Order, the Complaint, all other pleadings and papers on file in this action, and all further evidence and argument that may be adduced in connection herewith.

///
///
///
///
///
///

This motion follows the conference of counsel pursuant to Local Rule 7-3 which took place starting on January 9, 2020 and continued through January 16, 2020.

Dated:  January 17, 2020

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  /s/Ian A. Stewart
Ian A. Stewart
Daniel H. Lee
Attorneys for Defendant INFINITE PRODUCT COMPANY LLC, d/b/a Infinite CBD

BROWNSON NORBY PLLC

By:  /s/Thomas J. Norby
Thomas J. Norby
Attorneys for Defendant INFINITE PRODUCT COMPANY LLC, d/b/a Infinite CBD