Ian A. Stewart (State Bar No. 250689)
*Ian.Stewart@wilsonelser.com*
Daniel H. Lee (State Bar No. 217001)
*Daniel.Lee@wilsonelser.com*
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
555 Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

Thomas J. Norby (Minnesota State Bar No. 0184780)
*Appearing Pro Hac Vice*
*tnorby@norbylawfirm.com*
**NORBY LAW FIRM**
2223 Copperfield Drive
Mendota Heights, Minnesota 55120
Telephone:  (651) 402-5270

Attorney for Defendant
INFINITE PRODUCT COMPANY LLC,
d/b/a Infinite CBD

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM DASILVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INFINITE PRODUCT COMPANY LLC, d/b/a Infinite CBD, a Colorado limited liability company<br><br>Defendant. | Case No.:   2:19-cv-10148 DMG<br>Hon. Dolly M. Gee<br><br>**INFINITE PRODUCT COMPANY LLC'S NOTICE OF MOTION TO DISMISS AND/OR MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, TO STAY THE CASE PENDING GUIDANCE BY THE FDA**<br><br>Date:       April 17, 2020<br>Time:       9:30 a.m.<br>Location: Courtroom 8C, 8th Floor<br>Judge:      Hon. Dolly M. Gee<br><br>Amended Complaint Filed:<br>February 25, 2020 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on, April 17, 2020, at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Dolly M. Gee, in Courtroom 8C of the United States District Court, 350 West 1st Street, Los Angeles, California 90012, Defendant INFINITE PRODUCT COMPANY LLC, d/b/a Infinite CBD will and hereby does move the Court for the entry of an order dismissing Plaintiff's First Amended Complaint, and/or striking portions of the First Amended Complaint, pursuant to Rules 12(b)(1) & (6) and Rule 12(f) of the Federal Rules of Civil Procedure, or alternatively to stay the case pending guidance by the FDA

The Court should dismiss the First Amended Complaint for lack of Article III standing, based on preemption, for failure to state a claim and lack of subject matter jurisdiction. Furthermore, Plaintiff's claims based on out-of-state statutes should be dismissed or stricken, and his multistate class allegations should be dismissed or stricken. Alternatively, this Court should stay this case pending the FDA's guidance on CBD products.  A stay will also promote uniformity and consistency in the application of FDA standards.

The Motion is based on this Notice of Motion and Motion to Dismiss and Strike Plaintiff's First Amended Complaint, or in the Alternative to Stay The Case Pending Guidance By The FDA, the accompanying Memorandum of Points and Authorities, the accompanying Request for Judicial Notice and supporting Exhibits, the Proposed Order, the First Amended Complaint, all other pleadings and papers on file in this action, and all further evidence and argument that may be adduced in connection herewith.

///

///

///

///

This motion follows the conference of counsel pursuant to Local Rule 7-3 which took place starting on March 10, 2020 and continued through March 13, 2020.

Respectfully submitted,

Dated: March 17, 2020

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/Ian A. Stewart
Ian A. Stewart
Daniel H. Lee
Attorneys for Defendant INFINITE PRODUCT COMPANY LLC, d/b/a Infinite CBD

BROWNSON NORBY PLLC

By: /s/Thomas J. Norby
Thomas J. Norby
Attorneys for Defendant INFINITE PRODUCT COMPANY LLC, d/b/a Infinite CBD