1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| ADAM DASILVA, individually and on behalf of all others similarly situated, | Case No.:    2:19-cv-10148 DMG<br>Hon. Dolly M. Gee |
| Plaintiff, | Amended Complaint Filed:<br>February 25, 2020 |
| v. | **[PROPOSED] ORDER GRANTING INFINITE PRODUCT COMPANY LLC'S MOTION TO DISMISS AND/OR MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, TO STAY THE CASE PENDING GUIDANCE BY THE FDA** |
| INFINITE PRODUCT COMPANY LLC, d/b/a Infinite CBD, a Colorado limited liability company | |
| Defendant. | Date:       April 17, 2020<br>Time:       9:30 a.m.<br>Location:  Courtroom 8C, 8th Floor<br>Judge:      Hon. Dolly M. Gee |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that on April 17, 2020 at 9:30 a.m., in Courtroom 8C

of the United States District Court, Central District of California, located at the First

Street U.S. Courthouse, 350 W. 1st Street, 8th Floor, Los Angeles, California 90012, the

Honorable Judge Dolly M. Gee heard Defendant INFINITE PRODUCT COMPANY,

LLC d/b/a Infinite CBD's motion to dismiss and/or motion to strike portions of the first

amended complaint, or alternatively, to stay the case pending guidance by the FDA.

## ORDER

**GOOD CAUSE APPEARING, THE COURT HEARBY GRANTS** the Motion in its entirety, and Orders Plaintiff Adam DaSilva's First Amended Complaint dismissed with prejudice and without leave to amend.

**IT IS SO ORDERED.**

DATED:

_____
Honorable Dolly M. Gee

**[PROPOSED] ORDER**

3501781v.1